UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jodi Helmer,             Civil File No. 09-2106 PAM/RLE

    Plaintiff,

vs.             **ORDER**

Viking Collection Service, Inc.,
Julie Doe and Cynthia Cashman,

    Defendants.

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

            **BY THE COURT**

Dated: November 17, 2009      s/Paul A. Magnuson
                                           The Honorable Paul A. Magnuson
                                           Judge of United States District Court